1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SUSAN GEORGE, as an individual and on behalf of all others similarly situated,

                    Plaintiff,

   v.

CONVERGENCE MARKETING, a Maryland corporation; MATCH MARKETING CORPORATION, a Michigan corporation; and DOES 1 through 100,

                    Defendants.

Case No.: 2:18-cv-9338 PA (SSx)

**DISCOVERY MATTER**

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR PROTECTIVE ORDER**

[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]

Complaint Filed: June 18, 2018
Removal Filed: October 31, 2018

Having reviewed and considered the terms of the parties' Stipulated Request for Protective Order, the Court finds good cause to adopt the parties' Protective Order in this action governing the disclosure and use of confidential information in this matter, according to the terms agreed to by the parties in that Stipulated Request for Protective Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Hon. Suzanne H. Segal
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR PROTECTIVE ORDER